FILED

AUG – 8 2008

AO 240  (Rev. 10/03)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

**District of**   COLUMBIA

Maurice Pittman

Plaintiff

v.

Director BoP, ETAL

Defendant

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER:   08 1382

I, Maurice C. Pittman _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Atlanta USP

    Are you employed at the institution?   Yes   Do you receive any payment from the institution?  Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
    transactions.

2.  Are you currently employed?          ☒ Yes          ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
        name and address of your employer.   (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a.  Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b.  Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c.  Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d.  Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e.  Gifts or inheritances | ☐ Yes | ☒ No |
    | f.  Any other sources | ☐ Yes | ☒ No |

RECEIVED

JUL 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the
amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

Received
Mail Room

JUL 2 8 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☑ No

If "Yes," state the total amount.  _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

My son M.C.P III #35 a month.
I also pay a fine of #25.00 every 3 mos.

I declare under penalty of perjury that the above information is true and correct.

7-23-08        Maurice Pittman
_____        _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.